CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr. SBN 111282
Mark Potter, SBN 166317
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385
(888) 422-5191 fax
mark@potterhandy.com
Attorneys for Plaintiff

L. SCOTT KARLIN (SBN: 90605)
lsk@karlinlaw.com
DAVID E. KARLIN (SBN: 275905)
david@karlinlaw.com
THE KARLIN LAW FIRM LLP
13522 Newport Avenue, Suite 201
Tustin, California 92780
Telephone: (714) 731-3283
Facsimile: (714) 731-5741
Attorneys for Defendant, Harry R. Martin

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ZARIAN,<br><br>     Plaintiff,<br><br>v.<br><br>HARRY R. MARTIN; and Does 1-10,<br><br>     Defendants, | Case:   8:16-CV-01672-JLS-KES<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1) (A) (ii)** |

1

## **STIPULATION**

Pursuant to F.R.CIV.P.41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: January 24, 2017  CENTER FOR DISABILITY ACCESS

By: /s/ Phyl Grace
    Phyl Grace
    Attorneys for Plaintiff

Dated: January 24, 2017  THE KARLIN LAW FIRM LLP

By: /s/ David E. Karlin
    David E. Karlin
    Attorneys for Defendant
    Harry R. Martin

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to David E. Karlin, counsel for Harry R. Martin, and that I have obtained Mr. Karlin's authorization to affix his electronic signature to this document.

Dated: January 24, 2017  CENTER FOR DISABILITY ACCESS

By: /s/ Phyl Grace
Phyl Grace
Attorneys for Plaintiff